**UNITED STATES PRETRIAL SERVICES AGENCY**
Eastern District of New York

# MEMORANDUM

**FILED**
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

LONG ISLAND OFFICE

**DATE:** December 19, 2018

**TO:** Honorable Joanna Seybert
Senior United States District Judge

**RE:** Miller, Jeffrey
Docket No.: 2:18CR00614-3

Request for Modification of Release Conditions

---

Reference is made to the above-mentioned defendant, who appeared before United States Magistrate Judge Anne Y. Sheilds on November 15, 2018, for an arraignment pursuant to an Indictment charging Securities Fraud, in violation of 15 U.S.C. 78j(b). On the same day, the the defendant was ordered released on a $1,000,000.00 secured bond, co-signed by his spouse with the following conditions:

- Report to PTS as directed;
- Surrender passport and do not re-apply;
- Travel restricted to Eastern and Southern Districts of New York;
- No contact with co-defendants unless in the presence of counsel;
- Subject to mental health evaluation and treatment as directed by Pretrial Services;
- Subject to random home and/or employment visits; and
- Do not engage in the trading of stocks.

We are now writing to advise Your Honor that on December 19, 2018, during an office visit, the defendant disclosed marijuana and CBD oil use up until December 14, 2018. The defendant has agreed to cease use and does not feel that he requires treatment to do so. We are not seeking any sanctions, but are requesting the bond be modified to include testing, evaluation, and treatment for substance abuse. AUSA Charles Rose and Defense Counsel John Arlia have been made aware of this concern, and do not object to the modification. Should Your Honor agree with this request, an Order has been attached for your convenience. If Your Honor should have any questions or concerns, this writer can be reached at (631) 712-6403.

Prepared by: _____
Mallori Brady
U.S. Pretrial Services Officer

Approved by: _____
Joseph Elie
Supervising U.S. Pretrial Services Officer

Attachment

        **RE:**  Miller, Jeffrey
**Docket No.:**  2:18CR00614-3

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release be modified to include drug testing, evaluation, and treatment as deemed appropriate by Pretrial Services.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____
_____
_____

SO ORDERED,

_s/ Joanna Seybert_                                          12/19/2018
Honorable Joanna Seybert                                 Date
Senior U.S. District Judge

cc:    Charles Rose, Assistant United States Attorney
        John Arlia, Defense Counsel