## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: SEYBERT,J.  DATE:  2/26/2019   TIME: 12:00

DOCKET NUMBER: CR 18-614     TITLE: USA-V- ROMANDETTI

DEFT NAME: JEFFREY MILLER                    DEFT: #3
    X PRESENT    NOT PRESENT    IN CUSTODY   X  ON BAIL

    ATTY. FOR DEFT.: JOHN ARLIA            C.J.A.
                   X PRESENT      NOT PRESENT   X RET
                                 FED. DEF. OF NY, INC.

A.U.S.A. CHARLES ROSE            DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: F. GUERINO

  X   Case called; counsel for all sides present.

  X   Deft. withdraws not guilty plea and enters a plea of guilty
       to Counts 1, 2 of the Indictment.

  X   Court finds a factual basis for the plea.

  X   Sentence date set for  8/23/2019 at 11:00AM.

  X   Probation Department notified.

  ___  Case adjourned to _____ for

  X   Deft. continued on bond.

  ___  Other: