

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2018R00843

*610 Federal Plaza*
*Central Islip, New York 11722*

March 11, 2019

<u>By ECF</u>

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Jeffrey Miller
       <u>Criminal Docket No. 18-614 (Seybert, J.)</u>

Dear Judge Seybert:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Jeffrey Miller, has agreed to in connection with his guilty plea accepted by Your Honor on February 26, 2019. Accordingly, the government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this request.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney
            Eastern District of New York

        By: /s/ Madeline O'Connor
           Madeline O'Connor
           Assistant U.S. Attorney
           (631) 715-7870

Enclosure
cc: Counsel of Record (by ECF)