

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR:dtt
F. #2018R00843

*610 Federal Plaza*
*Central Islip, New York 11722*

June 12, 2019

<u>By Fedex and ECF</u>

Fritz Scheller
Fritz Scheller, P.L.
1211 Orange Avenue, Suite 103
Winter Park, FL 32789

John Arlia
Wenger & Arlia, LLP
20 Vesey Street, Suite 210
New York, NY 10007

Maureen S. Hoerger
Perini & Hoerger
1770 Motor Parkway, Suite 300
Hauppague, NY 11749

William D. Wexler
William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

Re:  United States v. Christian Romandetti, et al.
     <u>Criminal Docket No. 18-614 (JS)</u>

Dear Counsel:

      Enclosed please find the second production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government reiterates its request for reciprocal discovery from the defendant.

      Specifically, the government is providing materials in the enclosed disc as set forth in the attached Discovery Log.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of

the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

    By:  /s/ Charles N. Rose
       Charles N. Rose
       Assistant U.S. Attorney
       (631) 715-7844

Enclosures

cc:  Clerk of the Court (JS) (by ECF) (without enclosures)