September 12, 2020

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

    As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution.

    The purpose of this letter is to request a three-month adjournment of sentencing. The matter is currently scheduled before the Court on September 22, 2020. In lieu of the parties appearing on that date, I respectfully request the aforementioned adjournment.

    If you have any questions or concerns, please call my office.

    Respectfully yours,

*John Arlia*

JA:ma         John Arlia (JA)6781