**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
**20 Vesey Street, Suite 210**
**New York, NY 10007**
**Tel: (212) 566-6262 – Fax: (212) 608-6262**

November 3, 2022

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution. The purpose of this letter is to request permission for Mr. Miller to travel with his wife from August 29, 2023 to September 9, 2023 to Croatia with a change of planes in London.
Their flight information is as follows:

August 29 Departing JFK via American Airlines 11:00 PM
Arriving London Heathrow Airport 11:05 AM
Two hour layover in London

Departing London August 30 1:35 PM via British Airways
Arriving Croatia 5:15 PM

Returning from Croatia September 9 British Airways
Via London and then on to NYCJFK all on September 9

The Millers do not yet have any hotel reservations because it is so far in advance.

Mr. Miller respectfully requests that he be able to retrieve his passport from Pre-trial Services 3 days in advance of the trip and to surrender same back to Pre-Trial Services 3 days after his arrival home.

I have contacted Assistant U.S. Attorney Charles Rose and I have received the Government's approval for this travel, as well as that of Pre-Trial Services.  Mr. Miller awaits your approval.  Thank you for your prompt attention to this matter.

Respectfully yours,

*John Arlia*

JA:ma                                                    John Arlia (JA)6781