**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 04 2022 ★
LONG ISLAND OFFICE

November 3, 2022

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

SO ORDERED:
Joanna Seybert/USDJ
Dated: 11-4-22
Central Islip, NY

Re: United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution. The purpose of this letter is to request permission for Mr. Miller to travel with his wife from August 29, 2023 to September 9, 2023 to Croatia with a change of planes in London.

Their flight information is as follows:

August 29 Departing JFK via American Airlines 11:00 PM
Arriving London Heathrow Airport 11:05 AM
Two hour layover in London

Departing London August 30 1:35 PM via British Airways
Arriving Croatia 5:15 PM

Returning from Croatia September 9 British Airways
Via London and then on to NYCJFK all on September 9

The Millers do not yet have any hotel reservations because it is so far in advance.

Mr. Miller respectfully requests that he be able to retrieve his passport from Pre-trial Services 3 days in advance of the trip and to surrender same back to Pre-Trial Services 3 days after his arrival home.

I have contacted Assistant U.S. Attorney Charles Rose and I have received the Government's approval for this travel, as well as that of Pre-Trial Services. Mr. Miller awaits your approval. Thank you for your prompt attention to this matter.

Respectfully yours,

*John Arlia*

JA:ma

John Arlia (JA)6781