CNR
F. #2018R00843

*610 Federal Plaza*
*Central Islip, New York 11722*

January 5, 2023

<u>By ECF</u>

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     Securities and Exchange Commission v. Burnett, et al.
        <u>Civil Docket No. 18-6501 (JS)</u>

        United States v. Romandetti, Sr., et al.
        <u>Criminal Docket No. 180614 (JS)</u>

Dear Judge Dunst:

The government submits this status report regarding the above referenced criminal matter and related (and stayed) civil matter. The three defendants that remain on the indictment – Christian Romandetti, Sr., Mark Burnett, and Jeffrey Miller – have all pleaded guilty and are pending sentence. Defendant Romandetti's sentencing is scheduled for January 12, 2023. Defendant Miller is scheduled for sentencing on March 22, 2023. Defendant Burnett is scheduled for sentencing on March 23, 2023. Former defendant Frank Sarro passed away on October 18, 2022 and Judge Seybert dismissed the indictment as it pertained to him on November 10, 2022.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/ Charles N. Rose
        Charles N. Rose
        Assistant U.S. Attorney
        (631) 715-7844

Cc:     Defendants' Counsel of Record (by ECF)