**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 6 2023 ★
LONG ISLAND OFFICE

February 2, 2023

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

SO ORDERED:
/s/ Joanna Seybert, USDJ
Dated: 2-6-2023
Central Islip, NY

Re: United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution.

The purpose of this letter is to request permission for Mr. Miller to travel with his wife from March 25, 2023 to March 28, 2023 to Boyton Beach, Florida.
Their flight information is confirmed as follows:

Departing March 25, 2023 from JFK International Airport via JetBlue, Flight No. 659 at 12:40 P.M. - Arriving at West Palm Beach, Florida Airport March 25, 2023 3:50 PM

Staying for three nights at a friend's home located 7182 Treviso Lane, Boyton Beach, Florida 33472

Departing West Palm Beach, Florida Airport via JetBlue, Flight No. 1962 March 28, 2023 4:05 PM - Arriving at LaGuardia Airport 6:57 PM March 28, 2023

Please note, the defense is aware our sentencing date is <u>March 22, 2023</u>. In the event my client is sentenced to any term of incarceration, I would be requesting self-surrender at a later date. Moreover, I have no basis to believe the Government would request immediate surrender at sentencing. In fact, I have contacted Assistant U.S. Attorney Charles Rose and I was informed that the Government has no objection to such a request for travel. Mr. Miller awaits your approval. I thank the Court for its prompt attention to this matter.

Respectfully yours,

*John Arlia*

JA:ma

John Arlia (JA)6781