# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 792-1285
FACSIMILE: (407) 649-1657

**FRITZ SCHELLER**                                         **E-MAIL: FSCHELLER@FLUSALAW.COM**

May 2, 2023

The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

       Re*:*    *United States v. Christian Romandetti, et al,* Case No.: 2:18-cr-00614-JS-GRB, Restitution

Your Honor:

      After sentencing, the Defendant, Christian Romandetti, and the United States were able to obtain further information concerning Mr. Romandetti's restitution obligation. The Presentence Sentence Report (PSR) correctly lists the initial restitution figure as $1,899,212.59. *See* PSR at ¶ 97. However, payments were made to the victims (First Choice Shareholders) as settlements in two federal cases in the Middle District of Florida. *See Maz Partners v. Romandetti et al*., Case No. 6:19-cv-00619-PGB-LRH (M.D. Fla. 2021); *Zurilo v. Romandetti et al*., Case No.: 6:20-cv-00387 (M.D. Fla. 2021). In *Maz Partners*, the shareholder victims received $643,491.10, In *Zurilo*, the shareholder victims received $79,518.29. These amounts do not include any funds paid for attorney fees. Thus, the victims received a total of $723,009.48 in restitution.

      Based on the foregoing, the parties agree that the restitution amount to be imposed as part of Mr. Romandetti's judgment is $1,176.203.11 ($1,899,212.59 (-) $723,009.48). Furthermore, the parties agree that Mr. Romandetti, Defendant Mark Burnett, and Defendant Jeff Miller are jointly and severally liable for this obligation. Thank you for your consideration.

                                      Sincerely,

                                        *s/ Fritz Scheller*
                                        Fritz Scheller

cc:       Assistant United States Attorney Charlie Rose via email