**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
**20 Vesey Street, Suite 210**
**New York, NY 10007**
**Tel: (212) 566-6262 – Fax: (212) 608-6262**

May 24, 2023

Honorable Joan Seybert
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **United States v. Jeffrey Miller**
    Case No. 2:18-CR-0614-003-JS
    *Request for Restitution Reduction*

Dear Judge Seybert:

As counsel for Jeffrey Miller, I submit the instant application to reduce/amend Mr. Miller's restitution obligation to Two Hundred and Eighty-Eight Thousand Six Hundred and Forty-Five dollars ($288,645.00). The grounds for such request are pursuant to the 18 U.S.C. Section 3553 factors set forth in Mr. Miller's Sentencing Memorandum dated March 14, 2023, including but not limited to his physical state and resulting financial hardship.

On March 22, 2023, the Court reserved decision on this defense request and the Government did not object to such relief for Mr. Miller.

Naturally, Mr. Miller will abide by the Court's order of restitution. Nevertheless, it is the defense intention to petition Main Justice for the restoration/conversion of the Court Ordered forfeiture funds into restitution funds for the victims. To date, Two Hundred and Eighty-Eight Thousand Six Hundred and Forty-Five dollars ($288,645.00), presently earmarked as complete forfeiture payment, has been remitted to the US Marshall's Office, Eastern District of New York by Mr. Miller from his savings.

Accordingly, the defense requests that the restitution be limited to $288,645.00 and in the event, restoration is not granted by the Justice Department, that alternatively, five (5%) percent of his yearly gross income be taken annually to make payment towards the final restitution amount imposed by the Court.

On behalf of Mr. Miller and his family, I sincerely appreciate and thank the Court's consideration of the points raised in this motion letter.

Respectfully submitted,

*John Arlia*
John Arlia, Esq. (JA-6781)
Wenger & Arlia, Esqs.
20 Vesey Street, Suite 210
New York, NY 10007
212-566-6262