**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

June 1, 2023

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

    As you are aware, the law firm of Wenger & Arlia Esqs. represents the defendant, Jeffrey Miller, who was sentenced by the Court to a two (2) year-term of probation.

    The purpose of this letter is to request permission for Mr. Miller to travel with his wife, children and grandchildren to Curacao from March 11, 2024 to March 16, 2024.

    Their potential flight is confirmed as follows:
March 11, 2024, Departing JFK, via Jet Blue Flight No. 1111 at 8:23 A.M
Arriving Curacao at 1:06 P.M.

March 16, 2024 Departing Curacao via Jet Blue Flight No. 1112 at 2:10 P.M.
Arriving JFK 6:40 P.M.

    They hope to stay at Mangrove Beach Corendon, 31 Patereuwensweg, Williemstad, Curacao.

    Mr. Miller would like to pick up his passport three (3) days in advance of the trip and surrender same back to the U.S. Probation Department within three (3) days after his arrival home.

    As Mr. Miller was informed by his assigned U.S. Probation Officer that the U.S. Probation Department has no objection to such travel. Mr. Miller awaits your approval. Thank you for your attention to this matter.

                                                     Respectfully yours,

                                                     *John Arlia*

JA:ma                                                John Arlia (JA)6781