U.S. Department of Justice

United States Attorney
Eastern District of New York

610 Federal Plaza
Central Islip, New York 11722

CNR
F. #2018R00843

July 24, 2023

By Hand and ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Jeffrey Miller
             Criminal Docket No. 18-614 (JS)

Dear Judge Seybert:

      The government submits this letter in response to defendant Jeffrey Miller's request for a reduction of his restitution obligation as ordered by Your Honor at sentencing.

      As to the defendant's request that the Court limit his overall restitution obligation, the MVRA required that the Court order restitution to "each victim in the full amount of each victim's losses as determined by the Court and without consideration of the economic circumstances of the defendant." 18 U.S.C. § 3664(f)(1)(A). Hence, a defendant concurrently sentenced to forfeit funds and pay restitution is not entitled to have his restitution debt reduced by the Court by the amount already forfeited. See United States v. Torres, 703 F.3d 194, 203 (2d Cir. 2012).

      The government takes no position on the defendant's request for to the Department of Justice to consider the defendant's forfeiture of $288,645.00 as part of his restitution obligation, which was jointly and severably imposed by the Court on the three codefendants in this case.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Charles N. Rose
      Charles N. Rose
      Assistant U.S. Attorney
      (631) 715-7844

Cc:     John Arlia, Esq. (by email)